| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) _____  Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Five Rivers Land Company LLC** |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **84-1902292** |
| 4. | **Debtor's address** | **Principal place of business**  **2901 W. Coast Highway, Suite 200**  **Newport Beach, CA 92663-4045**  Number, Street, City, State & ZIP Code  **Orange**  County | **Mailing address, if different from principal place of business**  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  **21300 Avenue 22 Madera, CA 93638**  Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 1

Debtor **Five Rivers Land Company LLC** _____  Case number (*if known*) _____
     Name

7. **Describe debtor's business**

   A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ■ None of the above

   B. *Check all that apply*

   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

     **1113**

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   *Check one:*

   ☐ Chapter 7
   ☐ Chapter 9
   ■ Chapter 11. *Check **all** that apply*:

      ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

      ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

      ☐ A plan is being filed with this petition.

      ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

      ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

      ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   If more than 2 cases, attach a separate list.

   ■ No.
   ☐ Yes.

   District _____ When _____ Case number _____
   District _____ When _____ Case number _____

Debtor **Five Rivers Land Company LLC** _____ Case number (*if known*) _____
    Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No
■ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

■ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**  **21300 Avenue 22**
                              **Madera, CA, 93638-0000**
                              Number, Street, City, State & ZIP Code

**Is the property insured?**

■ No
☐ Yes.  Insurance agency _____
       Contact name _____
       Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor  **Five Rivers Land Company LLC**  Case number (*if known*)
      Name

**16. Estimated liabilities**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **Five Rivers Land Company LLC**                                     Case number (if known)
Name

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 6, 2023**
              MM / DD / YYYY

X _/s/ Victoria Nino_                                       **Victoria Nino**
Signature of authorized representative of debtor            Printed name

Title  Manager, Coast to Coast Packing Group, LLC a Delaware limited liability company, the Manager of Five Rivers Land Company, LLC, a California limited liability company

**18. Signature of attorney**

X **/s/ Garrick A. Hollander**                              Date **June 6, 2023**
Signature of attorney for debtor                                 MM / DD / YYYY

**Garrick A. Hollander**
Printed name

**Winthrop Golubow Hollander, LLP**
Firm name

**1301 Dove Street, Suite 500**
**Newport Beach, CA 92660**
Number, Street, City, State & ZIP Code

Contact phone  **949-720-4100**         Email address  **ghollander@wghlawyers.com**

**166316 CA**
Bar number and State

**United States Bankruptcy Court**

**Central District of California**

In re: **Five Rivers Land Company, LLC**

Debtor

Case No.
Chapter **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Victoria Nino, am the Manager of Coast to Coast Packing Group, LLC, a Delaware limited liability company, the Manager of the Debtor named herein, and on June 6, 2023, the following resolution was duly adopted by the Board of Directors:

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Victoria Nino, the Manager of Coast to Coast Packing Group, LLC is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy on behalf of Five Rivers Land Company, LLC; and

Be It Further Resolved, that Victoria Nino, the Manager of Coast to Coast Packing Group, LLC, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Debtor, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Debtor in connection with such bankruptcy case; and

Be It Further Resolved, that Victoria Nino, the Manager of Coast to Coast Packing Group, LLC, is authorized and directed to employ the law firm of Winthrop Golubow Hollander, LLP to represent the Debtor in such bankruptcy case."

Executed on: June 6, 2023

FIVE RIVERS LAND COMPANY, LLC, a
California limited liability company

By:  COAST TO COAST PACKING GROUP, LLC, a
Delaware limited liability company

*/s/ Victoria Nino*
Victoria Nino, Manager

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Five Rivers Land Company LLC** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders   12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Madera County Gov Center<br>Attn: Corp Officer<br>200 4th Street<br>Madera, CA 93637 | Albert Altro<br><br>albertaltro@traversellc.com | Taxes | | | | $144,011.11 |
| Aanonson Sprinkler Company<br>Attn: Corp Officer<br>PO Box 148<br>Chowchilla, CA 93610 | Albert Altro<br><br>albertaltro@traversellc.com | Trade Debt | Disputed | | | $0.00 |
| California Nut Growers, LLC<br>Attn: Corp Officer<br>17725 Rd 24<br>Madera, CA 93638 | Albert Altro<br><br>albertaltro@traversellc.com | Trade Debt | Disputed | | | $0.00 |
| Golden Valley Ag, LLC<br>Attn: Corp Officer<br>17725 Rd 24<br>Madera, CA 93638 | Albert Altro<br><br>albertaltro@traversellc.com | Trade Debt | Disputed | | | $0.00 |

Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address
**Garrick A. Hollander**
1301 Dove Street, Suite 500
Newport Beach, CA 92660
949-720-4100 Fax: 949-720-4111
California State Bar Number: **166316 CA**
ghollander@wghlawyers.com

FOR COURT USE ONLY

☐ *Debtor(s) appearing without an attorney*
■ *Attorney for Debtor*

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

In re:

**Five Rivers Land Company LLC**

Debtor(s).

CASE NO.:
CHAPTER: **11**

### VERIFICATION OF MASTER MAILING LIST OF CREDITORS

[LBR 1007-1(a)]

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __3__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **June 6, 2023**

_____
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: **June 6, 2023**

/s/ Garrick A. Hollander
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                F 1007-1.MAILING.LIST.VERIFICATION

Five Rivers Land Company LLC
2901 W. Coast Highway, Suite 200
Newport Beach, CA 92663-4045


Garrick A. Hollander
Winthrop Golubow Hollander, LLP
1301 Dove Street, Suite 500
Newport Beach, CA 92660


Aanonson Sprinkler Company
Attn: Corp Officer
PO Box 148
Chowchilla, CA 93610


California Dept of Tax and Free Adm
PO Box 942879
Sacramento, CA 94279-0001


California Nut Growers, LLC
Attn: Corp Officer
17725 Rd 24
Madera, CA 93638


FCI Lender Services, Inc.
(Shiuh Ching Wu, et al)
8180 E. Kaiser Blvd.
Anaheim, CA 92808


Franchise Tax Board
Bankruptcy Section MS: A-340
PO Box 2952
Sacramento, CA 95812-2952


Golden Valley Ag, LLC
Attn: Corp Officer
17725 Rd 24
Madera, CA 93638

```
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Los Angeles County Tax Collector
PO Box 54110
Los Angeles, CA 90054-0110


Madera County Gov Center
Attn: Corp Officer
200 4th Street
Madera, CA 93637


Nirbhey Singh Brar
21300 Avenue 22
Madera, CA 93638


Pinder Kaur Brar
21300 Avenue 22
Madera, CA 93638


Rabo AgriFinance
Attn: Corp Officer
45 River Park Place, Set 408
Fresno, CA 93720


Rabo AgriFinance LLC
Attn: Corp Officer
PO Box 411995
Saint Louis, MO 63141


Securities & Exchange Commission
Attn:  Bankruptcy Counsel
444 South Flower St., #900
Los Angeles, CA 90071-9591
```

```
Shellpoint Mortgage Servicing
Attn: Corp Officer
PO Box 10826
Greenville, SC 29603-0826


State of California
Employment Development Dpt
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001


The Brar Family Trust Dated 4.30.14
21300 Avenue 22
Madera, CA 93638


Trantexa, LLC
Attn: Corp Officer
PO Box 195836
Dallas, TX 75219


United States Trustee
411 West Fourth Street
Suite 7160
Santa Ana, CA 92701
```